ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
rmolina@pyattsilvestri.com
Attorneys for Defendant
GNLV, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL TORRES,<br><br>      Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET, INC, and DOES 1-25,<br><br>      Defendants. | CASE NO.: 2:19-cv-00072-JCM-PAL |

**STIPULATION AND ORDER RE: DEFENDANT'S ANSWER**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DANIEL TORRES, by and through his attorney, Raymond E. Areshenko, Esq. of the law firm REA Law and Defendant, GNLV, LLC (misnamed in Plaintiff's Complaint as "Golden Nugget Casino"), by and through its attorney, Robert P. Molina, Esq. of the law firm Pyatt Silvestri, that Defendant GNLV, LLC shall be permitted to file its Answer to Plaintiff's Complaint no later than twenty days after the Order granting Defendant's

. . .

. . .

. . .

. . .

. . .

. . .

. . .

substitution of counsel, which is March 13, 2019.

| DATED this ___ day of February, 2019. | DATED this ___ day of February, 2019. |
|---|---|
| REA LAW | PYATT SILVESTRI |
| | |
| */s/ Raymond E. Areshenko, Esq.* | */s/ Robert P. Molina, Esq.* |
| Raymond E. Areshenko, Esq.<br>Nevada Bar No. 13659<br>200 S. Virginia St., Ste. 819<br>Reno, Nevada 89501<br>Attorney for Plaintiff<br>DANIEL TORRES | ROBERT P. MOLINA, ESQ.<br>Nevada Bar No. 6422<br>701 Bridger Ave., Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>GNLV, LLC |

**ORDER**

IT IS SO ORDERED.

DATED this 11 day of March, 2019.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

PYATT SILVESTRI

*/s/ Robert P. Molina, Esq.*
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant
GNLV, LLC