Raymond E. Areshenko
Nevada Bar No.: 13659
REA LAW
200 S. Virginia Street, Suite 250
Reno, NV 89501
(775) 300-7594
ray@rea-law.com
Attorney for Plaintiff
Daniel Torres

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL TORRES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET CASINO, et al.,<br><br>Defendants. | Case No. 2:19-cv-00072-JCM-BNW |

**STIPULATION TO VACATE ALL DEADLINES AND HEARINGS**

The parties in the above-referenced case, by and through their counsel, submit this Stipulation to Vacate all Deadlines and Hearing Dates. The Parties have filed a Notice of Settlement (docket no. 45). The parties to this action have reached a settlement agreement ("Release"), which has been executed. The only remaining issue to complete the settlement is for Defendant to tender the settlement funds to Plaintiff, which is estimated to take 30 days or less. The parties intend to file a joint request for dismissal as soon as practicable but request 45 days from the date of this Notice to complete the terms of the settlement and file a joint request for dismissal.

In light of this settlement, and pursuant to Local Rules 7-1 and IA 6-2, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Release, which has already been executed;

1

1   WHEREAS, there are various deadlines and hearings established by this Court as set forth

2   in the Scheduling Order (docket no. 35) and the Minute Order setting the hearing on Plaintiff's

3   Motion to Extend Time currently set for November 4, 2019 (docket no. 42);

4   WHEREAS, the Parties expect such conditions of settlement (payment) to be completed

5   within 30 days of the filing of this Stipulation;

6   WHEREAS, the Parties stipulate and respectfully request that the Court vacate all

7   deadlines governing this case and all hearings, including the hearing on Plaintiff's Motion to

8   Extend Time currently set for November 4, 2019, with the understanding that Plaintiffs will file a

9   request for dismissal of the Action following receipt of payment of the settlement funds; in the

10  unlikely event that the settlement conditions are not completed within the time agreed by the

11  Parties, Plaintiff will request a further case management conference to set new case management

12  deadlines.

13  NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all

14  deadlines and hearings in this case.

15  Plaintiff is filing this Stipulation with the Defendant's approval and permission.

16
    Dated:  October 8, 2019
17

18      /s/ Raymond E. Areshenko              /s/ Robert Molina
        Raymond E. Areshenko, Esq.            Robert Molina, Esq.
19      Nevada Bar No. 13659                  Nevada Bar No. 6422
                                              Attorneys for Defendant
20      Attorney for Plaintiff                GNLV, LLC
        Daniel Torres
21

22  **IT IS SO ORDERED. IT IS
    FURTHER ORDERED that the
23  parties are to file a stipulation
    to dismiss by November 25,**        IT IS SO ORDERED: _____
24  **2019. If no such stipulation is
    filed by this date, the parties**       UNITED STATES MAGISTRATE JUDGE
25  **are to file a joint status report
    on November 25, 2019 stating**          DATED: _10/11/19_____
26  **what is impeding the
    completion of settlement and if**
27  **or how the court can assist.**

28
                                    2

## **PROOF OF SERVICE**

    I am over the age of 18 and not a party to the within action.  On October 8, 2019, I served the within document(s) described as:

### **STIPULATION TO VACATE ALL DEADLINES AND HEARING DATES**

on the interested parties in this action as stated on the attached mailing list.

☐  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list.  I placed each such envelope for collection and mailing following ordinary business practices.  I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing.  Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Reno, Nevada, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  (BY ELECTRONIC MAIL) By sending a true copy of the foregoing document(s) in an electronic email addressed as set forth on the attached mailing list.

☒  (BY CM/ECF ELECTRONIC FILING SYSTEM) via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Executed on October 8, 2019, at Reno, Nevada.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

|                        |                 |
|------------------------|-----------------|
| REA Law employee       |  *(Signature)*  |