1  Raymond E. Areshenko
2  Nevada Bar No.: 13659
   REA Law
3  200 S. Virginia Street, Suite 250
   Reno, NV 89501
4  (775) 300-7594
   ray@rea-law.com
5  Attorney for Plaintiff
   Daniel Torres
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL TORRES, an individual, | Case No. 2:19-cv-00072-JCM-BNW |
| Plaintiff, | |
| vs. | |
| GOLDEN NUGGET CASINO, et al., | |
| Defendants. | |

### STIPULATION TO DISMISS CASE (WITH PREJUDICE)

The parties in the above-referenced case, by and through their counsel, submit this Stipulation to Dismiss Case (with prejudice). The Parties have filed a Notice of Settlement (docket no. 45). The parties to this action have reached a settlement agreement ("Release"), which has been executed. Plaintiff has received the funds due under the Release. The only remaining issue to complete the terms of the Release is for the Parties to jointly stipulate this case be dismissed with prejudice.

In light of this settlement, and the fulfillment of the terms thereof, and pursuant to Local Rules 7-1 and IA 6-2, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Release, which has already been executed;

WHEREAS, Plaintiff has acknowledged receipt of the settlement funds;

WHEREAS, there are no remaining issues to effect a completion of the terms of the Release aside from seeking a dismissal of this case with prejudice;

NOW THEREFORE, the Parties stipulate and respectfully request that the Court dismiss this case with prejudice.

Plaintiff is filing this Stipulation with the Defendant's approval and permission.

Dated: November 15, 2019

/s/ Raymond E. Areshenko
Raymond E. Areshenko, Esq.
Nevada Bar No. 13659
Attorney for Plaintiff
Daniel Torres

/s/ Robert Molina
Robert Molina, Esq.
Nevada Bar No. 6422
Attorneys for Defendant
GNLV, LLC

IT IS SO ORDERED November 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. On November 15, 2019, I served the within document(s) described as:

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Reno, Nevada, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY ELECTRONIC MAIL) By sending a true copy of the foregoing document(s) in an electronic email addressed as set forth on the attached mailing list.

☒ (BY CM/ECF ELECTRONIC FILING SYSTEM) via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Executed on November 15, 2019, at Reno, Nevada.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

REA Law employee                                           (Signature)